MARY BELOTTI,

    Plaintiff,

vs.

WHEATON FRANCISCAN HEALTHCARE –
ALL SAINTS, INC.,

    Defendant.

Case No. 15-CV-1388

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)
WITH PREJUDICE AND WITHOUT COSTS OR FEES**

    IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Mary Belotti, by her attorneys, Hughes Socol Piers Resnick & Dym, Ltd., and Defendant Wheaton Franciscan Healthcare – All Saints, Inc., by its attorneys, Michael Best & Friedrich LLP, that this action, and all claims herein, is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice and with each party bearing its own attorney's fees or costs.

Dated this 25th day of October, 2016.

**STIPULATED AND AGREED TO BY THE PARTIES:**

        **HUGHES SOCOL PIERS RESNICK & DYM, LTD.**

        By: /s/ José J. Behar
            José J. Behar
            Kate E. Schwartz
            Three First National Plaza
            70 W. Madison St., Suite 4000
            Chicago, IL 60602
            Telephone: 312-580-0100
            E-mail: jbehar@hsplegal.com
            E-mail: kschwartz@hsplegal.com

Attorneys for Plaintiff

        **MICHAEL BEST & FRIEDRICH LLP**

        By: /s/ Mitchell W. Quick
            Mitchell W. Quick, SBN 1001493
            Anne M. Carroll, SBN 1094297
            100 East Wisconsin Avenue, Suite 3300
            Milwaukee, WI 53202-4108
            Telephone: 414-271-6560
            Facsimile: 414-277-0656
            E-mail: mwquick@michaelbest.com
            E-mail: amcarroll@michaelbest.com

Attorneys for Defendant